## EQUITABLE MANUFACTURING CO. V. HOWARD.

### Assumpsit.

(Decided June 6, 1906. 41 So. Rep. 628.)

APPEAL from Marshall Circuit Court.
Heard before Hon. W. W. HARALSON.
STREET & ISBELL, for appellant.
JOHN A. LUSK, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., SIMPSON and ANDERSON, JJ., concur.

## NICHOLS, ET AL V. RAGSDALE.

### Assumpsit.

(Decided June 7, 1906. 41 So. Rep. 632.)

APPEAL from Jackson Circuit Court.
Heard before Hon. W. W. HARALSON.
JOHN B. TALLEY, for appellant.
W. H. NORWOOD, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

## NASHVILLE C. & ST. L. RY. V. ALLEN.

### Damages for Killing Stock.

(Decided June 7, 1906. 41 So. Rep. 633.)

APPEAL from Jackson Circuit Court.
Heard before Hon. W. W. HARALSON.
O. R. HUNDLEY, for appellant.
J. H. HACKWORTH and VIRGIL BOULDEN, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.